UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| ALVIN LEE JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>SEQUATCHIE COUNTY<br>GOVERNMENT and<br>VAN BUREN COUNTY<br>GOVERNMENT,<br><br>    Defendants. | No.: 3:22-CV-331-TAV-JEM |

## JUDGMENT ORDER

In accordance with the Memorandum and Order entered herewith, Plaintiff's complaint is **DISMISSED** as frivolous pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in its Memorandum Opinion and Order that any appeal from this action would not be taken in good faith and would be totally frivolous, Plaintiff is **DENIED** leave to proceed *in forma pauperis* on any subsequent appeal. 28 U.S.C. § 1915(a)(3); Fed. R. Civ. P. 24.

The Clerk is **DIRECTED** to close this file.

**ENTER:**

                              s/ Thomas A. Varlan
                              UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    LeAnna R. Wilson
   CLERK OF COURT